IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE TYLER, | : |
| Petitioner, | : |
| v. | : No. 13-5958 |
| THERESA DELBALSO, et al., | : |
| Respondents. | : |

FILED
SEP - 2 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 2nd day of Sept, 2014, upon careful and independent consideration of Petitioner Lance Tyler's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Government's Response, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart and Petitioner's Objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice;
3. There is a no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposed.

BY THE COURT:

_____
Hon. Petrese B. Tucker, C.J.